IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORFIRIO P. L.[1], | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:26-cv-056 |
| | § | |
| FRANCISCO VENEGAS, *et al.*, | § | |
| *in their official capacities*, | § | |
| Respondents. | § | |

## ORDER GRANTING UNOPPOSED MOTION (Dkt. No. 10) AND ORDERING RESPONDENTS TO SHOW CAUSE

Before the Court is Petitioner Porfirio P. L.'s "Unopposed Motion to Set a Deadline." Dkt. No. 10. Petitioner requests the court set a deadline for Respondents to show cause why Petitioner's Writ of Habeas Corpus should not be granted. *Id.* at 1. Petitioner represents that "Respondent's counsel . . . agreed to file a response in this case no later than February 19, 2026." *Id.* at 2. Respondent is unopposed to the motion. *Id.* at 3. Given that the motion is unopposed, the Court finds good cause to grant the motion.

Accordingly, the Court **GRANTS** Petitioner's "Unopposed Motion to Set a Deadline" (Dkt. No. 10).

Respondents shall show cause why Petitioner's Writ of Habeas Corpus (Dkt. No. 1) should not be granted by **no later than February 19, 2026**.

Signed on February 18, 2026.

Karen Betancourt
United States Magistrate Judge

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.