United States District Court
Southern District of Texas
**ENTERED**
May 06, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORFIRIO P. L.[1], | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:26-cv-056 |
| | § | |
| FRANCISCO VENEGAS, *et al.*, | § | |
| *in their official capacities*, | § | |
|     Respondents. | § | |

## ORDER CANCELLING MOTION HEARING

On May 5, 2026, the Court received a "Joint Stipulation of Dismissal of Francisco Venegas without Prejudice" signed by all the parties who have appeared. Dkt. No. 17. The filing addresses the issue in the pending Motion to Dismiss at Dkt. No. 9. For this reason, the Court finds the motion hearing on Dkt. No. 9 is no longer necessary.

The Court **CANCELS** the motion hearing previously set for Thursday, May 7, 2026, at 10:00 a.m. CDT.

Signed on May 6, 2026.

Karen Betancourt
United States Magistrate Judge

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.