United States District Court
Southern District of Texas
**ENTERED**
May 06, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORFIRIO P. L.[1], | § | |
|    Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:26-cv-056 |
| | § | |
| FRANCISCO VENEGAS, *et al.*, | § | |
| *in their official capacities*, | § | |
|    Respondents. | § | |

## ORDER ON JOINT STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)

On May 5, 2026, the Court received a "Joint Stipulation of Dismissal of Francisco Venegas without Prejudice" under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 17. The filing is signed by Petitioner Porfirio P. L., Respondents The Government, and Respondent Francisco Venegas as Warden of the El Valle Detention Facility. *Id.* at 1-2. In this filing, the parties "ask the Court to dismiss all claims . . . against Defendant Francisco Venegas without prejudice." Dkt. No. 17 at 1. The parties represent that each party will bear their own fees and costs.

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action against any defendant without a court order if there is a stipulation of dismissal signed by all parties. *See Williams v. Taylor Seidenbach, Inc.*, 958 F.3d 341, 344-45 (5th Cir. 2020) (*en banc*).

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.

Accordingly, all claims made in this case against Francisco Venegas are **DISMISSED** without prejudice.

As agreed, each party shall bear their own costs and fees related to this litigation.

Further, given this Court order on the stipulation of dismissal, the Court notes that the Motion to Dismiss Venegas at Dkt. No. 9 is **MOOT**. The Clerk of Court is DIRECTED to terminate the pending motion as moot.

Signed on May 6, 2026.

Karen Betancourt
United States Magistrate Judge