United States District Court
Southern District of Texas
**ENTERED**
July 24, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORFIRIO PLATAS LOPEZ, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-056 |
| | § | |
| MIGUEL VERGARA, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Petitioner Porfirio Platas Lopez filed this habeas action, challenging the legality of his detention by United States immigration officials. (Pet., Doc. 1) On July 10, 2026, Respondents filed a Notice indicating that Petitioner had been released from custody on an Order of Supervision. (Notice, Doc. 21; Detention History Log, Doc. 21-1) Petitioner's release from custody renders moot his habeas petition.

As a result, it is:

**ORDERED** that Respondents' Motion to Dismiss (Doc. 21) is **DENIED AS MOOT**;

**ORDERED** that Petitioner Porfirio Platas Lopez's Emergency Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED AS MOOT.**

Except as agreed upon, each party shall bear its own costs and fees.

The Clerk of Court is directed to close this case.

Signed on July 24, 2026.

Fernando Rodriguez, Jr.
Fernando Rodriguez, Jr.
United States District Judge